July 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HAVEN CHAPEL UNITED METHODIST CHURCH, Appellant

NO. 14-15-00397-CV                 V.

WILLIAM MICHAEL LEEBRON II, E.J. KING AND BRAZORIA COUNTY COMMISSIONER'S COURT, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 30, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Haven Chapel United Methodist Church.

We further order this decision certified below for observance.